DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AIMEE HUCKLEBY,**
Appellant,

v.

**ANSON HUCKLEBY,**
Appellee.

No. 4D2025-1770

[July 30, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina Keever-Agrama, Judge; L.T. Case No. 502024DR001193XXXANB.

Lauren E. Wages of Vette Law PLLC, Lake Worth, for appellant.

Anson Huckleby, Westlake, pro se.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***